UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>             Plaintiff,<br><br>      v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>             Defendants. | Case No. 15-cv-04802-DMR<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

The court has received Plaintiff Marco B. Heyward's amended complaint. [Docket No. 9.] The court previously granted the application to proceed in forma pauperis. [Docket No. 6.] The amended complaint having been found to comply with Title 28 USC § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated: January 6, 2016



_____
DONNA M. RYU
United States Magistrate Judge