UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  15-cv-04802-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for January 20, 2016 has been CONTINUED to **March 16, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than March 9, 2016**.**  All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

**IT IS SO ORDERED.**

Dated: January 13, 2016



United States Magistrate Judge
Judge Donna M. Ryu