UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 15-cv-04802-JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART DISCOVERY ISSUES**<br><br>Re: Dkt. No. 52 |

On December 2, 2016, a discovery hearing was held on the Joint Brief of Plaintiff and Defendants on Discovery Issues. IT IS HEREBY ORDERED THAT with respect to defendants' Motion to Compel Further Production of Documents and Responses to Interrogatories as follows:

1. The City's Request No. 3 is GRANTED IN PART. Plaintiff shall produce credit card statements, debit card statements , receipts and other proofs of purchase, which show on their face a purchase from bars and liquor stores.

2. The City's Request No. 4 as to familial status is GRANTED. Plaintiff provided the name of Plaintiff's son's mother and phone number at the hearing.

3. The City's Request No. 7 which seeks documents regarding payment of any services rendered to Plaintiff as a result of the incident is GRANTED.

4. The City's Request No. 15 which seeks documents pertaining to medications purchased within thirty (30) days is DENIED.

5. The City's Request No. 17 which seeks documents concerning employment of Plaintiff is DENIED.

6. The City's Request No. 18 which seeks documents concerning any person who has supervised Plaintiff at any place of employment is DENIED.

7.  The City's Request No. 19 which seeks documents concerning any termination by any employers is DENIED.

8.  The City's Request No. 20 for documents that support or refute Plaintiff's contentions that the named officers did not have reasonable suspicion to detain Plaintiff during the incident is DENIED.

9.  The City's Request No. 27 for documents pertaining to any criminal prosecution against Plaintiff for the last five (5) years is GRANTED.

10. The City's Request No. 29 for documents pertaining to civil complaints filed by the Plaintiff is DENIED.

11. Interrogatory No. 2 which seeks information regarding Plaintiff's age, birthdate, marital status, education and employment is GRANTED.

12. Interrogatory No. 3 which seeks information pertaining to the four (4) hours prior to his visit to 24 Hour Fitness and four (4) hours following the incident is GRANTED IN PART. Plaintiff shall provide information for the four (4) hours before the incident.

13. Interrogatory No. 5 which seeks information concerning all places visited seven (7) hours prior to the incident is DENIED.

14. Interrogatory No. 6 which seeks information about anyone whom Plaintiff spoke with on the day of the incident. GRANTED. Plaintiff shall identify anyone to whom he spoke to about the incident.

15. Interrogatory No. 8 which seeks information about Plaintiff's son's age, date of birth, address, phone numbers, school and grade is GRANTED.

16. Interrogatory No. 9 which seeks information regarding the Plaintiff's marital status is DENIED.

17. Interrogatory No. 10 which seeks information regarding the plaintiff's son's mother's age, date of birth, address, phone number criminal history, education and employment is DENIED.

18. Interrogatory No. 11 which seeks information regarding medical treatments, therapies, treatments for injuries and alcohol treatments is DENIED.

19. Interrogatory No. 12 which seeks information regarding medications prescribed to the

Plaintiff is DENIED.

20. Interrogatory No. 13 which seeks information regarding medication or alcohol consumed by Plaintiff on the day of the incident is GRANTED.

21. Interrogatory No. 14 seeks information regarding medical providers seen by Plaintiff for injuries from the incident is GRANTED.

22. Interrogatory No. 15 asks Plaintiff to state in detail all injuries Plaintiff attributes to the incident. GRANTED.

23. Interrogatory No. 17 requests names and contact information concerning people with whom the Plaintiff has spoken about the incident.  GRANTED.

24. Interrogatory No. 18 seeks information regarding any lawsuits to which Plaintiff has been a party.  DENIED.

25. Interrogatory No. 19 asks Plaintiff to identify all bars visited the week of the incident. DENIED.

26. Interrogatory No. 20 requests that Plaintiff identify the basis for the allegation that the City violated any statute, law, ordinance or regulation which contributed to the happenings of the alleged incident is GRANTED.

27. Interrogatory No. 21 requests the amount of settlement money awarded in all of Plaintiff's legal actions.  DENIED.

Mr. Heyward shall produce documents and discovery responses described above by **December 31, 2016.**

IT IS SO ORDERED.

Dated:  December 9, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO B. HEYWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>HAYWARD POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No.  15-cv-04802-JCS<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on December 9, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco B. Heyward
PO Box 466
Hayward, CA 94543


Dated: December 9, 2016


                              Susan Y. Soong
                              Clerk, United States District Court

                              By:_*Karen L. Hom*_____
                              Karen Hom, Deputy Clerk to the
                              Honorable JOSEPH C. SPERO